IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES O'DELL WALTON, #561346,<br>Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL CASE NO. 3:18-CV-1372-S-BK |
| | § |
| JOHN DOE, TDCJ'S Chairman<br>et al.,<br>Defendants. | §<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by three strikes and that his motion to proceed *in forma pauperis* is **DENIED**. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 3rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE